JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PABLO LOZA, ) | Case No. EDCV 09-902-VAP (OPx) |
| Plaintiff, ) | |
| ) | **JUDGMENT** |
| v. ) | |
| HOMECOMING FINANCIAL, ) and DOES 1 through 10, ) inclusive, ) | |
| Defendants. ) | |
| _____) | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: June 9, 2009

                              VIRGINIA A. PHILLIPS
                            United States District Judge